

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00777-CV

Ericka Ann **ARRIAGA**,
Appellant

v.

Pedro **ARRIAGA**, Jr.,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI04324
Honorable Tina Torres, Judge Presiding

PER CURIAM

Sitting:      Adrian A. Spears II, Justice
                H. Todd McCray, Justice
                Velia J. Meza, Justice

Delivered and Filed: August 13, 2025

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due on June 10, 2025. After neither appellant's brief nor a motion for extension of time was filed, we ordered appellant to show cause, on or before June 27, 2025, why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1) (allowing appellate courts to dismiss an appeal for want of prosecution when an appellant fails to timely file a brief); *see also* TEX. R. APP. P. 42.3(c) (allowing appellate courts to dismiss an appeal when an appellant fails to comply with a court order).

Appellant filed a timely response, stating she did not file her brief because she was awaiting a ruling from the trial court on her motion to reform the final decree of divorce and this ruling was material to the preparation of her brief. Appellant further stated she would "file her opening brief promptly upon receipt of the trial court's ruling on the motion." Thereafter, a supplemental clerk's record was filed in this court containing a reformed final decree of divorce signed by the trial court on July 3, 2025. Nevertheless, appellant still did not file her brief or a motion for extension of time in this court.

On July 11, 2025, we issued another order warning appellant that if she failed to file her brief on or before July 31, 2025, this appeal would be dismissed for want of prosecution. Appellant did not respond to our order, and she has not filed her brief. Accordingly, this appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

PER CURIAM